ORR v. THE STATE.     SOLOMON v. THE STATE.

COBB, J.  The accused having been convicted of the offense of murder upon evidence which was purely circumstantial in its nature, and the circumstances proved not being sufficient to establish their guilt beyond all reasonable doubt, the court erred in not granting each of them a new trial, upon the ground that the verdicts against them were contrary to the evidence and entirely without evidence to support them.

*Judgment in each case reversed.   All the Justices concurring.*

Argued January 21,—Decided February 3, 1902.

Indictment for murder.   Before Judge Roberts.   Twiggs superior court.   November 23, 1901.

*M. F. Hatcher, W. C. Nottingham,* and *W. F. Blue,* for plaintiffs in error.          •

*J. M. Terrell, attorney-general, J. F. DeLacy, solicitor-general, Minter Wimberly, J. R. Cooper,* and *Spencer R. Atkinson,* contra.

---

ARNOLD v. THE STATE.

LEWIS, J.  The charge complained of, taken in connection with the entire charge, was not erroneous.   No error appears to have been committed in regard to the admission or exclusion of evidence.   The request to charge, so far as legal and pertinent, was covered by the general charge.   A verdict finding the accused guilty of voluntary manslaughter was fully warranted by the evidence; and the court below did not err in overruling the motion for a new trial.                    *Judgment affirmed.   All the Justices concurring.*

Submitted January 22, —Decided February 3, 1902.

Indictment for murder.   Before Judge Candler.   Coffee superior court.   November 30, 1901.

*Quincey & McDonald* and *Leon A. Wilson,* for plaintiff in error.
*John W. Bennett, solicitor-general* and *Toomer & Reynolds,* contra.